October 10, 2013



# JUDGMENT

## The Fourteenth Court of Appeals

WILLIAM FITZMAURICE, DOROTHY FITZMAURICE, GREGORY BRUMBAUGH, AND KAREN MCCLURE, Appellants

NO. 14-12-01121-CV                          V.

HARVELLA JONES, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, HARVELLA JONES, signed December 6, 2012, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellee, HARVELLA JONES, to pay all costs incurred in this appeal. We further order this decision certified below for observance.